OPINION — AG — SUBJECT MATTER: DEFRAYING THE EXPENSES OF TRANSPORTATION OF PATIENTS AFFLICTED WITH TUBERCULOSIS AT THE DISTRICT SANATORIA HEREIN PROVIDED,. . . . EXPENDITURE OF MONEY DERIVED FROM LEVY (PUBLIC HEALTH FUND) SHALL BE EXPENDED IN A MANNER FORMULATED AND APPROVED BY THE STATE BOARD OF HEALTH. . . WE ARE UNABLE TO ANSWER YOUR QUESTION. CITE: 63 O.S.H. 510, 63 O.S.H. 513 (FRED HANSEN)